No. 97–9624.  BIXLER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 97–9625.  KENNEDY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 97–9627.  CLAVETTE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–9628.  BOXLEY v. WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 97–9629.  TIZER v. MONTGOMERY COUNTY ORPHANS' COURT.  Sup. Ct. Pa.  Certiorari denied.

No. 97–9631.  UCHIMURA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–9632.  STADTFELD v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–9633.  EPLEY v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–9634.  PARKUS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–9635.  RASH v. RAINS, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–9636.  SHAFFER v. WORKERS' COMPENSATION DIVISION ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 97–9637.  MARTIN v. DAVIS, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–9638.  JUDD v. UNIVERSITY OF NEW MEXICO ET AL. C. A. 5th Cir.  Certiorari denied.

No. 97–9639.  KING v. BABBITT, SECRETARY OF THE INTERIOR. C. A. 8th Cir.  Certiorari denied.